IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Western Division)
No.: 5:22-cv-00425-FL

| | | |
|---|---|---|
| JA'LANA DUNLAP-BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF FAYETTEVILLE, | ) | **ORDER** |
| | ) | |
| OFFICER RYAN HADDOCK, Individually, | ) | |
| | ) | |
| DETECTIVE AMANDA BELL, Individually, | ) | |
| | ) | |
| SERGEANT DEANGELO ANDREWS, Individually, | ) | |
| | ) | |
| JOHN AND JANE DOE'S 1-100 City of Fayetteville employees and police officers, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants City of Fayetteville, Ryan Haddock and Amanda Bell, Sergeant Deangelo Andrews, individually, and John and Jane Doe's 1-100 having made application for leave to manually file a flash drive labeled as Exhibit A to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts, as this exhibit contains body camera video and audio belonging to the officers involved in the incident and cannot be electronically filed;

And it appearing to the Court that good cause exists for the granting of this Motion and that said Motion should be allowed; and

IT IS NOW THEREFORE ORDERED that Defendants are granted leave to manually file the flash drive containing the videos; which are being submitted to the Court as Exhibit A to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts. This the 23rd day of April, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge