UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JA'LANA DUNLAP-BANKS )<br>         Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF FAYETTEVILLE, RYAN )<br>HADDOCK, Officer, Individually, )<br>AMANDA BELL, Detective, Individually, )<br>JOHN AND JANE DOES 1-100, City of )<br>Fayetteville employees and police officers, )<br>and DEANGELO ANDREWS )<br>         Defendants ) | **JUDGMENT**<br>No. 5:22-CV-425-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 14, 2024 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on December 2, 2024, and Copies To:**
Xavier Torres de Janon / Carnell Travis Johnson (via CM/ECF Notice of Electronic Filing)
James C. Thornton (via CM/ECF Notice of Electronic Filing)

December 2, 2024                  PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk